UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BROOKLYNN ROBINSON,
    Plaintiff,

v.                                                           CASE:

WALT DISNEY PARKS AND RESORTS
U.S., INC.,
    Defendant.
_____/

## COMPLAINT

Plaintiff, BROOKLYNN ROBINSON, by and through undersigned counsel, brings this action against Defendant, WALT DISNEY PARKS AND RESORTS U.S., INC., for religious discrimination, failure to accommodate religious beliefs, and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2, and in support thereof alleges:

### NATURE OF THE CLAIMS

1. This action is brought for religious discrimination in employment and unlawful retaliation in the workplace pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17.

### JURISDICTION AND VENUE

2. Plaintiff, BROOKLYNN ROBINSON, is a resident of the State of Florida and, at all relevant times, was employed by Defendant within the Middle District of Florida.

1

3.       Defendant, WALT DISNEY PARKS AND RESORTS U.S., INC., is a corporation doing business in the Middle District of Florida and is an employer as defined by Title VII, employing more than 15 persons.

4.       The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343 as this action involves federal questions regarding the deprivation of Plaintiff's rights under Title VII of the Civil Rights Act of 1964.

5.       The Court has venue of this action under 28 U.S.C. § 1391 as the Defendant is located in this District, and a substantial part of the events and omissions giving rise to the claim occurred in this District.

## ADMINISTRATIVE PROCEDURES

6.       Prior to the filing of this Complaint, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"), alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* ("Title VII"). Plaintiff's EEOC charge arises out of many of the same facts alleged herein.

7.       Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f). Plaintiff has exhausted all administrative remedies, including timely filing a charge of discrimination with the EEOC and receiving a Notice of Right to Sue. [1]

---

[1] EXHIBIT 1 NOTICE OF YOUR RIGHT TO SUE

## PARTIES

8. Plaintiff is a resident of Florida and was an employee of Defendant within the meaning of Title VII.

9. Defendant is a corporation operating in Florida and is an employer under Title VII.

## FACTS

10. Plaintiff is a practicing Jew who observes the Sabbath from sundown Friday to sundown Saturday.[2]

11. On or about February 22, 2023, Plaintiff submitted a formal religious accommodation request to abstain from work during the Sabbath. This request was denied on June 29, 2023.

12. Over the course of more than a year, Plaintiff repeatedly requested schedule adjustments and religious accommodations for her Sabbath and religious holidays, including Passover, but was routinely denied, delayed, or ignored.

13. Defendant asserted that accommodations could not be granted due to an alleged collective bargaining agreement, despite Plaintiff not being a union member.

---

[2] EXHIBIT 2 JOURNAL

14. Other employees were granted accommodations for religious practices such as Ramadan or were accommodated for the exact Sabbath observance when they were of a different religion or employment status, indicating disparate treatment.

15. Plaintiff was penalized through an escalating system of attendance points and formal reprimands, culminating in her termination on June 2, 2024, for alleged absenteeism directly related to her observance of religious practices.

16. At the time of termination, Plaintiff was told she had "no rights."

17. Plaintiff's accommodation requests did not impose an undue hardship on Defendant, especially considering the routine adjustments granted to similarly situated employees.

## COUNT I:

## RELIGIOUS DISCRIMINATION

18. Plaintiff realleges and incorporates paragraphs 1 through 17.

19. Defendant discriminated against Plaintiff based on her religion by denying her religious accommodation and disciplining her for engaging in protected religious observance.

## COUNT II:

## FAILURE TO ACCOMMODATE RELIGIOUS BELIEFS

20. Plaintiff realleges and incorporates paragraphs 1 through 19.

21. Defendant failed to provide reasonable accommodations as required by Title VII and clarified under *Groff v. DeJoy*, 600 U.S. 447 (2023), which rejected

the "de minimis" standard and imposed a requirement that employers show substantial hardship to deny religious accommodations.

22. The circumstances in this case closely resemble those addressed by the U.S. Supreme Court in *Groff v. DeJoy*, 600 U.S. 447 (2023). In that case, Gerald Groff, a devout Christian and postal worker, sued the United States Postal Service (USPS) under Title VII of the Civil Rights Act of 1964 for failing to accommodate his religious belief that he could not work on Sundays, which he observed as a day of Sabbath rest.

23. Despite Groff's repeated requests for a religious accommodation, USPS continued to schedule him for Sunday shifts, ultimately leading to disciplinary actions when he refused to work those shifts. The Supreme Court ruled in favor of Groff, holding that employers must show that a requested religious accommodation would result in substantially increased costs in relation to the conduct of the business to deny the accommodation.

24. The Court clarified and raised the standard for what constitutes "undue hardship" under Title VII, emphasizing that mere inconvenience or minimal burden does not meet that threshold.

25. This decision reaffirmed the importance of robust protections for religious observance in the workplace and set a precedent highly analogous to the facts presented here.

## COUNT III:

## RETALIATION

26. Plaintiff realleges and incorporates paragraphs 1 through 25.

27. Plaintiff engaged in protected activity, including requesting religious accommodations and filing an EEOC complaint.

28. Defendant retaliated against Plaintiff by escalating discipline and ultimately terminating her.

## CONCLUSION

**WHEREFORE**, Plaintiff requests that this Court: Declare Defendant's actions unlawful under Title VII; Order reinstatement or award front pay; Award back pay, lost benefits, and compensatory damages; Award punitive damages due to Defendant's willful and malicious conduct;  Enjoin Defendant from engaging in further unlawful discrimination and retaliation. Award reasonable attorneys' fees and costs; Grant any other relief the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues of fact and damages stated herein.

**Dated**: 03-27-2025.

Respectfully submitted,
/s/ Anthony F. Sabatini
ANTHONY F. SABATINI, ESQ.
FL BAR No. 1018163
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
anthony@sabatinilegal.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof has been filed with the CM / ECF system to all parties of record on March 27, 2025, which will send a send a copy to Charles DiNunzio Mary Houston mhouston@shutts.com Alexander S. Cumming acumming@shutts.com of Shutts & Bowen LLP 300 S. Orange Avenue, Suite 1600 Orlando, Florida 32801

Respectfully submitted,<br>
/s/ *Anthony F. Sabatini*

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Miami District Office**

*ex. 1*

Miami Tower
100 SE 2nd Street, Suite 1500
Miami, FL  33131

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)
Wednesday, January 29, 2025

**To:**  Brooklyn Robinson
c/o Anthony Sabatini, Esquire
Sabatini Law Firm, P.A.
411 N. Donnelly St., Suite #313
Mount Dora, FL 32757

**Brooklyn Robinson v. Walt Disney Entertainment**
**EEOC Charge Number:  15D-2024-00794**

| | |
|---|---|
| EEOC Representative and email: | Frank C. Hernandez<br>State, Local and Tribal Program Manager<br>Frank.hernandez@eeoc.gov |

## DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue.  If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.**  Receipt generally occurs on the date that you (or your representative) received this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)

**Please retain this notice for your records.**

On Behalf of the Commission:

Digitally Signed By: Evangeline Hawthorne
Evangeline Hawthorne
Director
01/29/2025

Walt Disney World
c/o Itzen Orozco, Manager, Labor Relations
1675 East Buena Vista Drive
Lake Buena Vista, FL 32830



*ex. 2*

- February 22, 2023: I filled out my religious accommodation request and it was received. I also scheduled a phone meeting with Kaylin from H.R
- February 28, 2023: Phone call with Kaylin from H.R. She asked about my religion then told me to text her in a week for an update.
- March 14, 2023: I texted Kaylin but never heard back from her.
- May 9,2023: I talked with Samantha Klaff. She made me uncomfortable when asking me about my religion. Almost as if she was grilling as if I was lying to her.
- June 29, 2023: Samantha called to tell me my religious accommodation had been denied.
- October 10, 2023: I talked to several people from H.R all conversations where recorded. I was told I was under a collective bargaining contract. I've never seen or signed this contract. The lady on the phone said there is no physical contract instead it is assumed. Based on further research this contract applies to union employees only. I am NOT union.
- October 16, 2023: I was in a room with about 6 Leaders. I recorded my conversation with them. I spoke to Leader Kim and Leader Carlos. They both denied my request stating that only high up employees (Full time and union) get those.
- October 18, 2023: I talked to Carlos about coming in late Saturday due to my sabbath. He said stop by and see him in his office after my lunch break. I did and he seemed annoyed as he ignored me while on his computer. He told me to come back later before going home. I did and he wasn't there he had left for the night.
- October 21, 2023: I was four hours late because on one would adjust my schedule due to my Sabbath. I asked Carlos and he said to come talk to him on Thursday night before leaving. I stopped by his office at around midnight and he was gone.
- October 28, 2023: I was two hours late because a leader would not adjust my schedule.
- October 30, 2023: Leader Amanda told me to request a call back for Saturday. I explained my situation to Carlos in passing and all he did was nod.
- November 2, 2023: I went to the Leaders office to ask about a Saturday shift change. I was talking to Leader Madeline when Leader Amanda interrupted to yell at me and tell me that we've already been over this and that they cannot fulfill my accommodation because of the union.
- November 4, 2023: I submitted a callback request. Leader Yvette called me and said they were overstaffed and that I could come in at 6:45 pm.

- November 9, 2023: I talked to Leader Madeline about a shift adjustment for Friday. She was able to give me the day off.
- November 15, 2023: I went to the Leaders office to ask for a shift adjustment for Friday and Saturday. I asked Leader Madeline but she said her hands were tied but she'd see what she could do. I never heard back from her again.
- November 17, 2023: I put in a callback request. Leader Sarah called me, she couldn't adjust my schedule for that day so I called out. She did adjust my Saturday for me to come in at 6:45pm.
- November 22, 2023: I got a recording of me trying to get a schedule adjustment. Leader Amanda was rude and combative. I got a recording of this and of Leader Ridrigo admitting I shouldn't have to follow union rules like I've been told.
- November 24, 2023: I requested a callback request and no one called me back. I went to work for a few hours and requested an ER. Instead of them giving me one I had to take an SOR which is an emergency one.
- December 1, 2023: I requested a callback request at 8am. Leader Carlos called and said he'd see what he could do and to text him at 10am. I did and it took him two hours to respond to tell me to call out that he couldn't help me.
- December 7, 2023: I got Leader Carlos to adjust my Friday shift.
- December 15, 2023: Nicole took my 5:30pm-1:15am shift.
- December 22, 2023: Ashley took my shift for 6:45pm-12:45am
- December 23, 2023: I called in thirty minutes late. Regular shift 5pm-11pm. Arrival time 5:30pm
- January 12, 2024: Sierra took my shift 4:15pm-11:15pm
- January 13, 2024: I called in twenty minutes late.
- January 20, 2024: I called out 4:30pm-11:15pm
- January 26, 2024: I went into the office to request an ER so I could leave before sundown. I told Leader Lauren why and she said if the ER wasn't approved that I could take an emergency one. The time came for me to leave and my ER hadn't been approved and I couldn't find Lauren so I went to Leader Yvette who told me she couldn't let me leave but she gave me an emergency release anyway. Before going into work I put in a callback request and no one ever called me back.
- January 27, 2024: A requested a Leader callback request to ask for a schedule adjustment. No one called so I put in that I'd be five hours late. I talked to Coordinator

Elijah Beale and he argued with the Leaders on the way they were mistreating me. They erased my point and let me stay later to earn more money.

- January 29, 2024: I put in a callback request on my off day to come in and I received a call within two minutes. They're happy to call me during my off days but not my Sabbath.
- February 2, 2024: I put in a callback request to let the Leaders know I'd be late and to ask for a shift adjustment. No one called me back so I went to Leader Rodrigo and he adjusted my time.
- February 9, 2024: I put in a callback request and no one called so I called out.
- February 10, 2024: Put in a callback request and no one called back. So I called in four hours and fifteen minutes late. I worked for only two and a half hours because they would not extend or adjust my time.
- February 11, 2024: I got an attendance Reprimand from Leader Sarah. I asked Sarah if this would affect the full/part time application I was going to put in the next day. She said no just don't get anymore points or a reprimand until you hear back from them about the job.
- February 24, 2024: I put in a Leader callback request and no one called back so I called in fifty minutes late. They adjusted my time when I got in.
- February 25, 2024: I put in my full/part time application and it said I would have an answer mid march to early April.
- March 2, 2024: I put in a callback request and Leader Rodrigo called me back and adjusted my time.
- March 4, 2024: I received an email stating that I did not get a full/part time position.
- March 6, 2028: I called a Disney recruiter asking why I didn't get the job because according to my Leader Sarah I was qualified. She said it was due to my points and reprimand. I've only missed days due to my Sabbath.
- March 8, 2024: I talked to Leader Sarah about adjusting my schedule for tomorrow and she said she'd text me and she never did.
- March 9, 2024: I put in a callback request and Leader Rodrigo called me and said he couldn't keep adjusting my schedule every week and he talked to me like I was even trying to find people to take my shift. He gave me half a point.
- March 16, 2024: I had to callout because my hours were not adjusted. This puts me at eight and half points.

- March 17, 2024: A part time co-worker named Beatrice told me that her Sabbath is also sundown Friday to sundown Saturday. She said she personally got to talk to the scheduler about her schedule and they fixed it right away for her.
- March 18, 2024: A co-worker who is also a CP like name named Ashley got her hours adjusted by the leaders for the entire week due to Ramadan. But mine would not be adjusted for Passover.
- March 22, 2024: I put an ER in so I could leave at sundown. It was denied but I talked to Coordinator Elijah Beale who went back and approved it for me. I also talked to Leader Mikala about adjusting my Saturday shift and she did.
- March 23, 2024: Schedule was adjusted.
- March 29, 2024: I put in an ER so I could leave at sundown and it was denied within a few hours. I went and found Coordinator Elijah Beale and talked to him and he fixed it for me. Everytime we talk about my situation he tells me that the Leaders are not good managers and they are not doing their job well or right.
- March 30, 2024: I went in at sundown which was three and half hours late. I told Leader Mikala that I had come in late and she adjusted my time for me to where I wouldn't receive a point. I feel like the Leaders are only doing their job now because they know about my EEOC compliant.
- Note: March 25-April 1 I had to find someone to give my high day shifts to due to Passover because my schedule was not adjusted. I went into the office on March 27 and 29 to talk to Leader Ashlynn Ray about leaving early on Sunday at sundown because it would be the last high day and I have to observe it like a Sabbath day. She kept blowing me off and wouldn't fix it.
- March 31, 2024: I went into the office and told Leader Sarah that I had to leave at sundown because of my Passover high day. She said it looks like I can't let you leave. I explained to her that I had talked to Ashlynn previously and she called Ashlynn in who then adjusted my hours. Later that day Leader Carlos Flores randomly came up to me and began questioning me about Passover.
- March 31, 2024: I was talking with Beatrice, a part time co-worker who has the same Sabbath as I do. She told me that the leaders accommodated her religious request right away that all she needed was a letter from her religious leader as proof.
- April 3, 2024: A storm was coming that afternoon and I had to close the pretzel and churro cart alone. The wind blew over my tray can and a nearby janitor began yelling at me because a wad of napkins blew across the street. She was so hostile it upset me and

I had to do the work of two people alone. I went on my lunch break and sat in the hall and cried. Leader Rodrigo passed by me and asked if I was ok. I pulled myself together and nodded. He said if I needed a break to let him know and I could sit in the office. They were the ones making me cry. They had more than enough people to help me but chose not to do so. Ashley had called in late that day and told me she did because her points restarted and were erased. We both started the job at the same time and this never happened to me. Instead of doing her job she kept disappearing off with a guy leaving me to do her job and mine. She was then given an ER by Ryan Santana, a coordinator who only gave it to her out of favoritism because they go out to clubs together, I even asked if I could have one but it was given to Ashley instead. Once Ashley left I did her job as runner while doing this I preclosed Westward Ho then I closed runner. Then I was sent to the kitchen to help cooker close. I have been told many times that you are on;y supposed to close one location instead I ended up closing almost four. I feel like they are putting too much on me in hopes that I will quit so they don't have to fire me.

- April 5, 2024: I called out because my schedule was 12-9:15 and there was no guarantee that they would let me leave at 7:30 when the sun went down. I received one point.
- April 6, 2024: My shift was 1:00-11:15 I called in 6 hours and 40 minutes late. I got there at 7:45 and logged in on the computer and it stated that I was too early for my Sunday shift. I went into the office and Ashlynn was in there and she told me to go see my coordinator Gabo and that he would adjust my hours. I went and talked to Gabo and he told me that my shift was deleted. Not one leader informed me of this. This meant that they deleted my shift and that I did not have to come in at all. Gabo adjusted my hours from 7:45-11:15 and I did not receive a point.
- April 13, 2024: My shift was 12-10:15 and I called out instead of calling in late because the sun now sets close to 8 and my shift last week was deleted. I received a point putting me at 10 ½ points.
- April 14, 2024: I went into work the next day and when I clocked in the computer stated to go see a manager that they needed to meet with me. Alberto was in the office so I asked him. He sat down at his desk and went on his computer and said that I was in need of an attendance repreimend. He then asked me what was going on and why I was missing work because he said I had never told him about my religion. This is not true. I have told him several times, he'd even told me before that he'd try to help me. I re

PET-Robinson000054

explained it to him and he said write it down and I'll talk to Brett. I wrote down sundown Friday - sundown Saturday on a sticky note. He said thank you and that they may still need to give me a rep. He did also warn me that I was approaching termination.

- April 20, 2024: The week went by and I never received a repremand. I called out today for my 1-10:15 shift. This will now put me at 11 ½ points.
- April 25, 2024: I clocked in and it stated to go see a leader. I walked into the office and Amanda and Rodrigo were in there. He told me to shut the door and sit down. I did and he gave me a reprimand for missing too many days due to my Sabbath. I cried. He said if this continues, that I won't have a job by June and that I should take this seriously and try harder.
- April 27, 2024: I called out today for my 1:00-11:15 shift. I received a point. I now have 12 ½
- May 4, 2024: I called out for my 15:30-21:45 shift. I received a point. I now have 13 ½
- May 11, 2024: I called out for my 1:15-11:15 shift. I received a point. I now have 14 ½
- May 12, 2024: I clocked in and it stated to go to the Leader's office. I went in and Sarah, Carlos, Amy, Callie, and Alberto were all in there. I felt gained. Sarah told me to sit down and shut the door. They then went over my points and gave me a copy of the reprimand. I told them for a company that claims to be so diverse they really don't practice what they preach and that is sad. Sarah said I should talk to housing about my feelings. Note this is completely separate from my job, I don't even live in Disney housing. Callie also said we can't accommodate you because we are a union based company and for other reasons which she did not say why.
- May 15, 2024: It's Wednesday and I have a shift tomorrow (Friday) which ends at 11:15 hours past sundown. I found Carlos and asked him if he could adjust my time and he said he would.
- May 16, 2024: My schedule was not adjusted so I asked Ashlynn and she fixed it for me. To where I can leave tomorrow (Friday) at 8:00.
- May 18, 2024: I called out for my 5:00-11:00 shift. I received a point. I now have 15 ½ points.
- May 19, 2024: Carlos came and found me while I was working. He said he saw that I called out yesterday and that he would take care of my point and erase it.
- May 24, 2024: It is now Friday and I still have the point from Saturday. Carlos did not erase it.

- May 25, 2024: I had to call out for my 1-12:15 shift. I received a point. I now have 16 ½ points.
- June 1, 2024: I had to call out for my 12-6:15 shift. I received a point. I now have 17 ½ points.
- June 2, 2024: I clocked in and the computer stated to go meet with a manger. I went into the leaders office and Carlos was in there. He told me to sit down he then left and came back with Amy and Alberto. Alberto then told me it was time for a separation. I was fired and once again I was told it was because I had no rights.

PET-Robinson000056